# Appendix I:
# Description of Ocean Assisted Carbon Capture & Reflection as Safe and Effective Method of Atmospheric Carbon Removal

232. Over the past 12 years Ocean Assisted Carbon Capture & Reflection (OACC&R) has been under development by a team of chemical engineers, biologists, physicists and other scientists as a refinement of the carbon removal technique of Ocean Iron Fertilization (OIF). OIF has been determined to be unworkable and carry unacceptable environmental risks. OACC&R, however, incorporates in its design a high degree of safety and maximal efficiency as a means of rapidly removing carbon from both atmosphere and oceans and "storing" it in a neutral form at the bottom of deep, non-life-bearing (oligotrophic) oceans. EHUX, algae have always been one of Earth's most robust carbon scrubbing systems. If properly encouraged with nutrient byproducts from carbon capture boiloff, EHUX are capable of removing carbon from the atmosphere in massive amounts. Additionally, EHUX algae turn bright white when feeding, creating large-scale, and highly controllable solar reflectance to aid in rapidly cooling Earth's atmosphere (thus the "&R").

233. World ocean functions are integral to the ecology of planet Earth and especially the movement of heat from the Equator to the Poles. Since humans first began artificially warming the atmosphere, much of the warming has been mitigated by the world's oceans. Its temperature and chemistry are closely integrated with those of the atmosphere. EHUX blooms regularly turn ocean water in different parts of the world light blue or white and are visible from satellite imagery. The most abundant species of all coccolithophores, *Emiliania huxleyi* when exposed to carbon, create an elegant kind of "armor," called coccoliths......from calcium carbonate—the same material we need to remove from the atmosphere! Like plants, they consume carbon dioxide and EHUX pthotosynthesize producing a great deal of oxygen, about half the world's supply.

234. EHUX coccoliths are extremely tiny—only three one-thousandths of a millimeter in diameter. They are made from one-part calcium, one-part carbon, and three-parts oxygen ($CaCO_3$)—essentially limestone. The White Cliffs of Dover on England's southeast coast are built of coccolithophores.

235. The first step in OACC&R involves retrofitting existing fossil-fuel-burning plants with the newer, less costly and more efficient carbon capture technology. Carbon emissions will

thus be converted into the by-products needed to grow *Emiliania huxleyi,* or EHUX, algae in deep oligotrophic waters in Earth's equatorial regions. (Oligotrophic waters are those scientists have found very little life or activity in so the EHUX will be able to bloom without competition.)

236. EHUX clad in coccoliths are heavier than water. It is the only algae for which this is true. After creating all these coccoliths, these organisms die and sink to the bottom of the ocean swiftly enough that carbon they have absorbed doesn't have a chance to release into the warmer ocean above the thermocline. Once the EHUX sinks below the thermocline to the deep ocean floor, the carbon it brings with it will remain harmlessly at the bottom of the ocean forming sediment. Three hundred and twenty pounds of carbon go into every ton of EHUX coccoliths produced.

237. Utilizing nature's scale and humanity's need for energy, OACC&R can nurture accelerated, short-cycle blooming of EHUX which, repetitively bloomed en masse across vast mid-latitude ogliotrophic oceans, can safely capture and sink 250 billion metric tons carbon (250 GtC) of atmospheric $CO_2$ by the mid-2000s. White EHUX blooms can also cool the planet by reflecting a measured amount of incident sunlight back into outer space, restoring preindustrial temperatures by the 2030s and reducing atmospheric $CO_2$ to 280 ppm by 2075. The process will restore Earth's climate and preserve coastlines while allowing fossil fuel energy facilities the time they need to transition to their future role alongside renewable energy products.

238. EHUX seed algae will be grown at sea in sealed bioreactors floating in mid-latitude open oceans—far from polar seas and all coastal waters. Concentrated liquid $CO_2$ from inland CCS fossil-fueled power plants will be shipped to bioreactors clustered around deep-water platforms that extract natural gas from beneath the deep-sea floor. A fraction of the gas will be converted to $NH_4^+$ (ammonium ion solution) and used as nutrient for bioreactor EHUX. A starter EHUX culture, $NH_4^+$, liquid $CO_2$, and sunlight are the main ingredients for blooming large amounts of EHUX seed. $NH_4^+$ and liquid $CO_2$ both come from fossil fuels.

239. The EHUX "farming" will probably need to be done on Single Point Anchor Reservoir (SPAR) platforms. $NH_4OH$ (ammonium nitrate) can be made right at the SPAR platform from natural gas harvested from beneath the sea. If needed, it could be made right at sea in Haber plants onboard the SPAR platforms.

240. From the SPAR nurseries, seed boats will repeatedly fan out to disperse seed (with $NH_4^+$ nutrient) across the mid-latitude oceans. High seed levels will overwhelm viral and zooplankton limits. Fast-sinking will avoid bacterial decomposition re-releasing

photosynthetically captured CO2. High seed levels will stimulate massive secondary open ocean EHUX blooming, drawing down atmospheric $CO_2$ at 14X the rate of original liquid CO2 capture by inland CCS power plants. For each ton of $CO_2$ captured from an inland CCS power plant, OACC will capture 14 more tons at sea. EHUX will consume carbon from the atmosphere while also reflecting sunlight back into space! OACC will impart a 1400% negative carbon footprint to CCS fossil energy—reducing CO2 to 280 ppm by 2075 and restoring preindustrial temperature ($\Delta T = 0°C$) by the 2030's.

241.   The challenges in "farming" EHUX on the scale discussed here have been steadily solved through 15 major attempts since the 1990s. The three most serious limiting factors are ocean viruses, zooplankton, and ocean bacteria. OACC&R has solved them all making us ready to move to Beta testing on a large scale.  As with the space program and world wars challenges will likely emerge, but the OACC&R is far safer and more controllable than other climate engineering methodology – for instance launching artificial reflective material into Earth orbit.

242.   To overcome the  limiting factors of ocean viral infections, feeding zooplankton and ocean bacteria OACC&R will begin by cultivating the EHUX seed in sterile, sealed bioreactors to be placed at sea, so that the algae can be quite advanced in their growth when they are released into the open ocean - and therefore ready to bloom almost at once. From the large amounts of bioreactor seed produced, the secondary ocean blooms will start much higher than normal on their nonlinear (upward bending) growth curves, so the secondary ocean blooms will occur so rapidly that they overwhelm ocean viruses and zooplankton grazing. When released into the ocean for their secondary bloom, the algae will receive a special nutrient mix designed to encourage their growth but not support the growth of other algae: a cocktail of ammonium nitrate (fertilizer) nutrient, with trace thiamine (small amounts only). This regimen will support EHUX algae to bloom almost exclusively. Next, methane (natural gas) will be used to spur very rapid algal growth by producing feedstock for the secondary EHUX bloom in the open ocean. It will achieve this via an industrial technique called the Haber process, which has been used to make anhydrous ammonia fertilizer from methane since the 1940s. The Haber process combines 3 of the 4 hydrogen atoms from methane (liquefied natural gas) with 2 atoms of atmospheric nitrogen (N2) to make anhydrous ammonia (NH3). When anhydrous ammonia (NH3) mixes with seawater (NH3 + H2O), it becomes ammonium hydroxide (NH4OH). Fortunately, EHUX prefer a diet of

ammonium nitrate (NH4NO3) with anhydrous ammonia, and NH4OH (ammonium hydroxide), is environmentally friendly.

243. The nutrient for the secondary open-ocean blooming will be a pH buffered mixture of 90% ammonium chloride (NH4Cl) + 10% NH4OH, which exhibits ideal ocean pH 8.25. Additionally, NH4OH has another important benefit. When the algae digest the nutrient, one OH– is left, which neutralizes ocean acidity. The OH– reacts with carbonic acid (H2CO3) in ocean waters, added by 150 years of excess atmospheric $CO_2$ dissolving in the ocean, to create HCO3–. Thus, this process can make a significant contribution to reversing the current ocean acidification which is today such a large part of the global warming problem.

244. The nitrates will not be a pollution problem, because only metered doses of the nutrient, ammonium hydroxide (NH4OH), will be used—smaller doses than what the EHUX algae will consume. There should be no residual nitrate left after the 8th day of blooming. Ammonia will also not be a problem, as algae only forms ammonia in shallow waters, not the type of deep-water conditions in which the EHUX will be born and raised. EHUX blooming will occur in mid-ocean, from 40°N latitude to 40°S latitude, far removed from polar oceans and coastal waters. The bioreactors will need to be placed far out in the vast ocean desert, where the water is nutrient poor keeping away zooplankton. EHUX typically does well in these nutrient-poor parts of the ocean. These regions are also depleted of phosphates, which would be an advantage. Although the dead EHUX will sink to significant ocean depths, the live blooming will occur within the top 100 meters or so of the ocean. They are exclusively "surface blooms."

245. Spurred by anhydrous ammonia fertilizer, the massive secondary EHUX "fields" will bloom in the open ocean, turning the waters a bright white color. This will have a powerful secondary benefit—reflecting light and heat back into space. In so doing, the EHUX will naturally and safely perform the same function that as the hazardous injecting of aerosol into the stratosphere—reflection of solar radiation away from the Earth. Very importantly, we will be able to control the amount of reflectance by varying the depth of the EHUX blooms. Scientists are carefully monitoring an array of Earth's vital signs and will be able to detect problems as they emerge and direct needed alterations in the EHUX bloom intensity. Bloom depth should be relatively easy to control. For bright surface blooms (60% reflectance), seed and nutrients would be released only at the surface. For dim blue blooms (down to 5% reflectance), seed and nutrients can be released from long, weighted hoses trolled deeply behind seed boats. The seed and nutrient

amounts will be similar, just released at greater depth to diminish the albedo. As long as this still occurs within the photic zone, there should still be appreciable $CO_2$ capture, but not much in the way of albedo cooling.

246. After eight days, the EHUX will reach the end of its life cycle, sinking harmlessly into the depths of the ocean. This will effectively "sequester" the captured carbon on the deep ocean floor, but no deeper than about 4500 meters (around 15,000 feet), or the level of the calcium compensation depth (CCD) or lysocline. The lysocline is the ocean depth at which the rate of dissolution of calcite (calcium carbonate) increases dramatically. (Carbon cannot be sequestered below the lysocline, because the water chemistry at those depths tends to re-dissolve the calcite. Therefore, coccoliths would not accumulate there. Above the lysocline, the calcium carbonate won't re-dissolve, even after millions of years.) It is ultimately the safest possible storage, with no holes that fill up and no chance of being suddenly reintroduced to the atmosphere by seismic disruption.

247. And so we have our two OACC&R process: (1) Liquid $CO_2$-driven bioreactors producing massive primary blooms of purified EHUX algae starter seed, sufficient to overwhelm viruses and predators; and (2) amplified secondary open-ocean EHUX blooms, supplied with anhydrous ammonia fertilizer, which have the potential to capture 10 gigatons of carbon per year (GtC/yr) of atmospheric $CO_2$ at sea.

248. The reflectance properties of OACC&R will necessarily occur in specific areas of the ocean, and the resulting cool-down will be rather localized. It will occur specifically where the white EHUX blooms occur. In one sense, that is good because there would not be any atmospheric pollution. However, in another sense, having the cooling more highly localized could be problematic. Specific locations will need to be carefully selected in order to avoid disrupting certain key ocean currents that impact climate. [It is possible that in order to achieve planetary cooling rapid enough to address our mid-2030's deadline we will need additional reflectance from either augmentation of the Earth's layer of protective ozone (through microwave or laser energy bursts), or the addition of aerosol(s) to the stratospheric layer of the atmosphere. It should be noted that these latter interventions represent interference in highly complex, interlocking ecological systems and most scientists believe should be options of last resort.]

249. The Gulf Stream is part of a larger "ocean conveyer belt" which distributes heat around the Earth. Care must be taken so that OACC&R does not inadvertently disrupt the Gulf

Stream, which carries salt northward and heat to Europe. The most critical regions in this regard are likely be near Panama and north from there—along the U.S. and Canadian eastern seaboard and up to Iceland. OACC&R may possibly want to avoid that region, and perhaps concentrate further east in the Atlantic. If the western Mid-Atlantic is cooled too rapidly, then the Gulf Stream might not be saline enough when it gets to Iceland. This might cause it to fail to sink to the deep-sea floor in that location – which is a primary driving force for the ocean conveyer belt. If the ocean conveyer slows down, then the Gulf stream will no longer warm Europe. Another reason for caution regarding disruption of ocean currents are the mid-latitude ocean thermoclines which could potentially restart nutrient upwelling in the targeted OACC&R bloom zones. Nutrient upwelling would favor blooming of slow sinking algae, and that would in turn bring larger ocean viruses, zooplankton, and bacterial populations which could regain numerical advantage devouring the defenseless EHUX before they can do their work. Concept proofs will determine whether widespread surface blooming with bright white EHUX affects thermocline or not.

250.   Very importantly, we will be working with the Earth rather than against it as we use her natural processes to correct temperature.

251.   Thousands of new jobs will be created in the process, and employment for the coal and gas industries (whose futures are limited by the rise of sustainable energy technologies) would be ensured for decades in the production of feedstock for the fledgling EHUX. As with any major new endeavor there will necessarily be cooperation between a variety of engineering and scientific disciplines. Testing of the CCS natural gas power plants molten carbonate fuel, managing the LNG tanker ships, and creating and fulfilling feeding schedules for the EHUX will all need to occur. New SPAR platforms will need to be designed and built or existing ones modified to accommodate crews and processes. Other companies involved in creating biofuels from algae will need to design the submersible bioreactors to be able to withstand ocean storms. OACC&R not holds the potential to remediate climate disruption and to do so before the mid-2030's, but also to more than double our energy generating capacity, and foster jobs and economic growth on a scale usually associated with large-scale wars. In this instance, however, billions of lives would be saved instead of sacrificed.

252.   OACC&R has the potential to draw atmospheric $CO_2$ down at the rate of 10 GtC/yr. It will still be important to move forward with essential cuts in emissions as outlined in Juliana v. USA.

253. OACC+R is the only strategy developed to date (and we are out of time for more research and development) that is powerful enough (a relatively small amount of nutrient from $CO_2$ - 0.7 GtC of liquid $CO_2$ from CCS power plants - essentially drives 10 GtC/yr of atmospheric capture) to remove a sufficient amount of carbon fast enough from the atmosphere to avert safely the impending climate deadline / tipping levels.

254. In part as a result of the pressure from climate change, there has been increased fragmentation and polarization in society. We all stand to benefit from the socially unifying benefits of OACC&R which can meet the predicted 50% increase in world energy demand while enabling CCS fossil energy (liquid $CO_2$) utilization, CCS fossil hydrogen (transportation), doubling fossil energy revenues, making CCS fossil energy 1400% carbon negative, and creating a fleet of deep-water SPAR platforms which can be dual-purposed for liquid natural gas production. Additionally, revenue and jobs will also increase significantly. Designers anticipate an eventual net gain from OACC&R on many levels (jobs, tourism, investment, reduced energy costs, etc.). "Dirty" energy industries, facing extinction in the face of newer, sustainable energy industries, will have a new lease on life, and new support from the government and the public. Environmental groups will finally have a path toward achieving a sustainable civilization. The Defendants will have a solution to many overwhelming problems currently draining their resources. OACC&R could be the ultimate win-win solution with the alternative being the exponentially-synergistic cascade into probable near-extinction which is currently our status quo.