```
Court Name: United States District Court
Division: 4
Receipt Number: TUC030459
Cashier ID: khughes
Transaction Date: 05/29/2019
Payer Name: CHRSTIAN R. KOMOR
----------------------------------------
CIVIL FILING FEES
 For: CHRSTIAN R. KOMOR
 Case/Party: D-AZX-4-19-CV-000293-001
 Amount:         $400.00
----------------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


A fee of $53 will be assessed on
all returned remittances
```